IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| STEVIE ALLEN, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-331-MTT-AGH |
| | * | |
| CO GREEN, | | |
| | * | |
| Defendant. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Orders dated September 16, 2026, and November 19, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of November, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk